U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 2 2 2005
CLERK, U.S. DISTRICT COURT
By _____

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CARLOS PANTOJA, ID # 1085946,      ) | |
|     Petitioner,      ) | |
| vs.      ) | No. 3:03-CV-2004-M |
|           ) | |
| DOUGLAS DRETKE, Director,      ) | |
| Texas Department of Criminal      ) | |
| Justice, Correctional Institutions Division,      ) | |
|     Respondent.      ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SO ORDERED this 22 day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE